IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>MARQUES EILAND,<br><br>      Defendant. | 8:21-CR-19<br><br>**ORDER OF DISMISSAL** |

  Pursuant to Motion of the United States, Filing 41, pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment, Filing 4, against Marques Eiland without prejudice.

  IT IS ORDERED:

1. The government's Motion to Dismiss, Filing 41, is granted; and

2. The Indictment, Filing 4, is dismissed without prejudice.

  Dated this 4th day of February, 2022.

                    BY THE COURT:

                    _____
                    Brian C. Buescher
                    United States District Judge